570 A.2d 964·

JAMES GEORGE, ETC. v. BERGEN PINES
COUNTY HOSPITAL, ET AL. AND
JOHN CALI, ET AL.

October 24, 1989.·

Petition for certification denied.

570 A.2d 964

JAMES GEORGE, ETC. v. BERGEN PINES
COUNTY HOSPITAL, ET AL. AND
JOHN CALI, ET AL.

October 24, 1989.

Cross-petition for certification denied.

570 A.2d 964

JAMES GEORGE, ETC. v. BERGEN PINES
COUNTY HOSPITAL, ET AL. AND .
JOHN CALI, ET AL.

October 24, 1989.

Cross-petition for certification denied.